**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: PETITION OF J.M.Y. | : | No. 117 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA STATE POLICE | : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

 **AND NOW**, this 17th day of September, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

 (1) Did the Pennsylvania Superior Court err when it exercised jurisdiction to review a commitment under 50 P.S. § 7303, when no timely appeal was filed, and the challenge was brought years later under the Pennsylvania Uniform Firearms Act, 18 Pa.C.S. §§ 6111.1(g)(2) & 6105(f)(1)?